# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0894

_____

ERICK WILSON,

    Appellant,

    v.

STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and ETRESHIA
SHARRIE MILLER,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.

October 22, 2025

PER CURIAM.

In this appeal of a final administrative support order, Appellee filed a confession of error conceding that Appellant properly requested to proceed in circuit court rather than in an administrative proceeding and that the waiver of service form was sent to an incorrect mailing address. *See* § 409.2563(2)(i), Fla. Stat. (2025); Fla. Admin. Code R. 12E-1.030(7)(b). Due to Appellee's error, Appellant was deprived of the opportunity to finalize the process for proceeding to circuit court pursuant to section 409.2563(2)(i). Accordingly, the Court accepts Appellee's

confession of error, reverses the final administrative support order, and remands this matter to the Department of Revenue for further proceedings consistent with this decision.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erick Wilson, pro se, Appellant.

James Uthmeier, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.